

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00627-CV

Lawrence **JEANPIERRE**,
Appellant

v.

**DISCOVER BANK**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-08002
Honorable Marisa Flores, Judge Presiding

PER CURIAM

Sitting: Rebeca C. Martinez, Chief Justice
    Irene Rios, Justice
    Velia J. Meza, Justice

Delivered and Filed: July 15, 2026

DISMISSED FOR WANT OF JURISDICTION

Appellant, acting pro se, filed a notice of appeal seeking to appeal the trial court's order granting appellee's motion for summary judgment. The clerk's record, however, did not contain a written order entered by the trial court. Consequently, when this case was reinstated on May 13, 2026, we ordered appellant to show cause in writing by May 25, 2026, why this appeal should not be dismissed for lack of jurisdiction. Appellant has filed no response.

Because neither a final judgment nor an interlocutory order that may afford an authorized interlocutory appeal has been signed in the underlying cause, this appeal is dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a), (c).

PER CURIAM